# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-5056
_____

RONALD BAKER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

March 11, 2019

PER CURIAM.

DENIED.

WETHERELL, OSTERHAUS, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ronald Baker, pro se, Petitioner.

Ashley B. Moody, Attorney General, Tallahassee, for Respondent.